1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8        **CENTRAL DISTRICT OF CALIFORNIA**
9        **WESTERN DIVISION**
10
11   ERIC M. GEORGE,                         )      No. CV 11-5730-SJO (PLA)
                                             )
12                     Petitioner,           )      **JUDGMENT**
                                             )
13              v.                           )
                                             )
14   K. ALLISON, Warden,                     )
                                             )
15                     Respondent.           )
                                             )
16   _____)

17         Pursuant to the order adopting the magistrate judge's report and recommendation,

18   IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

19

20
     DATED: January 27, 2012
21                                           _____
                                                  HONORABLE S. JAMES OTERO
22                                                UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28